Walter ALLEN, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 447, 2015

Supreme Court of Delaware.

Submitted: November 6, 2015

Decided: January 8, 2016

VACATED. REMANDED.

David CASTEEL, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 555, 2015

Supreme Court of Delaware.

Submitted: November 10, 2015

Decided: January 8, 2016

DISMISSED.

Frederick DANIELS, Defendant Below–Appellant

v.

STATE of Delaware, Plaintiff– Below Appellee

No. 496, 2015

Supreme Court of Delaware.

Submitted: November 12, 2015

Decided: January 8, 2016

AFFIRMED.

Terrance WATERS, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 624, 2014

Supreme Court of Delaware.

Submitted: December 9, 2015

Decided: January 8, 2016

AFFIRMED.